UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                      Case No. 17−33509
                                           Chapter 13
Jennifer Sowell,

    Debtor.

## NOTICE OF RESET HEARING

PLEASE TAKE NOTICE that a telephone hearing will be held on May 15, 2018 at 01:30 PM to consider and act upon the following:

*26* − Motion for Relief from Stay And Request For Telephonic Hearing. Fee Amount $181 filed by Stephen Bulgarella on behalf of PNC BANK, NATIONAL ASSOCIATION. (Attachments: # 1 Note # 2 Mortgage) (Bulgarella, Stephen)

Each party wishing to be heard must call the phone number below at least 5 minutes prior to the commencement of court.

PHONE: **1−888−431−3632 Participant Code: 263400**
CONFERENCE HOST: William T. Livingston

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be broadcast throughout the courtroom. Be sure you mute your telephone until your case is called. Additionally, please do not place the call on hold because many companies use background music while the call is on hold. Remain silent while you wait, and do not address the court until are called upon. Be sure you follow the conference coordinator's instructions.

If you cannot mute your phone:

- Do not shuffle papers or type on keyboard
- Refrain from making unnecessary noise
- Turn off electronics such as televisions and radios that broadcast sound

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated May 1, 2018

Juan–Carlos Guerrero
Clerk of Court

```
                              United States Bankruptcy Court
                                Middle District of Alabama
```

In re:                                                              Case No. 17-33509-WRS
Jennifer Sowell                                                     Chapter 13
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 1127-2          User: blivingst          Page 1 of 1           Date Rcvd: May 01, 2018
                              Form ID: nhATT888        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2018.
db             +Jennifer Sowell,    3728 Robbins Road,    Montgomery, AL 36109-4432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2018 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Leonard N. Math    on behalf of Creditor    THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, AN
               AFFILIATE OF UAB HEALTH SYSTEM DBA BAPTIST EAST noticesmd@chambless-math.com
              Richard D. Shinbaum    on behalf of Debtor Jennifer   Sowell rshinbaum@smclegal.com,
               scarter@smclegal.com;tbramlett@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
              Stephen   Bulgarella    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@sirote.com
                                                                                                TOTAL: 5